# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1297.  FLORES v. NORTHSIDE HOSPITAL FORSYTH, et al.**

This appeal arose pursuant to this Court's grant of an application for discretionary appeal of a workers' compensation award. Upon consideration of the entire record in the matter, as well as the oral arguments of the parties, it is hereby ordered that the appeal is DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/26/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*